**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

MARK GAUL,                                    Civil No. 10-4307 (RHK/LIB)

       Plaintiff,                          **ORDER FOR DSIMISSAL**

v.

ENTERPRISE RECOVERY SYSTEMS, INC.

       Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 20, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge